IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MORRIS FRITH                                                                                    PETITIONER

vs.                                                              Civil Action No. 3:08-cv-484 HTW-LRA

CHRISTOPHER EPPS                                                                            RESPONDENT

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that respondent's motion to dismiss be granted and that the Petition for Writ of Habeas Corpus be dismissed with prejudice. The above-styled and numbered cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 20th day of February, 2009.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE